for petitioners. *Frederick Bernays Wiener* and *Lawrence Cake* for respondents.

No. 704. MORAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry G. Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 706. SAFEWAY STORES, INC. *v.* ARNALL, DIRECTOR OF PRICE STABILIZATION. United States Emergency Court of Appeals. Certiorari denied. *Elisha Hanson, Arthur B. Hanson* and *Garland Clarke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for respondent.

No. 712. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION *v.* COHEN, EXECUTRIX. C. A. 8th Cir. Certiorari denied. *Henry I. Eager* and *Philip E. Horan* for petitioner.

No. 713. SCOTT *v.* HARMAN. C. A. 6th Cir. Certiorari denied. *John J. Mahoney* for petitioner. *Aubrey A. Wendt* and *Warren H. F. Schmieding* for respondent.

No. 716. MAY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Ralph S. McFarland* and *C. Vernon Thompson* for petitioner.

No. 718. DWORSKY ET AL., DOING BUSINESS AS NORTH UNION CO., ET AL. *v.* WARNER, TRUSTEE IN BANKRUPTCY. C. A. 8th Cir. Certiorari denied. *Melvin H. Siegel* for

petitioners. *William C. Green* for respondent.

No. 719. UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA ET AL. *v.* WESTINGHOUSE ELECTRIC CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Arthur Kinoy* and *Frank J. Donner* for petitioners. *John C. Bane, Jr.* for the Westinghouse Electric Corporation, and *Benjamin C. Sigal* for the International Union of Electrical, Radio & Machine Workers (CIO) et al., respondents.

No. 724. HAMILTON FOUNDRY & MACHINE Co. *v.* INTERNATIONAL MOLDERS & FOUNDRY WORKERS UNION OF NORTH AMERICA (AFL) ET AL. C. A. 6th Cir. Certiorari denied. *John B. Hollister* for petitioner. *Robert A. Wilson* for respondents.

No. 733. MOSES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Alfred E. Roth* and *Charles Dana Snewind* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 743. SHOLL ET AL. *v.* CADWALLADER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George A. Chadwick, Jr.* for petitioners. *Ralph F. Berlow* for respondent.

No. 749. OVERSEAS TANKSHIP CORP. *v.* KEEN. C. A. 2d Cir. Certiorari denied. *Peter Keber* for petitioner. *Henry Fogler* for respondent.